**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-MC-9036-S-RED** |
| | ) | |
| **ROBERT MARKHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Before the Court is Magistrate Judge James C. England's Report and Recommendation to enforce the Internal Revenue Service Summons. (Doc. No. 7)   Defendant has filed no objections to the Report and Recommendation.  After an independent review of the record and the applicable law, the Court adopts the Magistrate Judge's findings of fact and conclusions of law. It is therefore

**ORDERED** that the summons issued April 17, 2005, be enforced.  It is further

**ORDERED** that the defendant appear before the undersigned on Friday, January 20, 2006 at 9:00 a.m. and produce the summonsed records or, in the alternative, show cause why he should not be held in contempt of Court.  It is further

**ORDERED** that a copy of this order be served on the defendant by the United States Marshal at 622 North Jackson, Joplin, Missouri 64801.

**IT IS SO ORDERED**.

_____*/s/ Richard E. Dorr*_____
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT

DATED:   January 12, 2006